IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Smith, Gina

Printed: 11/20/07

Case Number: 07 B 12183
Judge: Squires, John H

Filed: 7/9/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 10, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Washington Mutual Home Loan | Secured | 0.00 | 0.00 |
| 2. | South Commons Phase I Condominium Assoc | Secured | 7,901.00 | 0.00 |
| 3. | Washington Mutual Home Loan | Secured | 11,346.00 | 0.00 |
| 4. | South Commons | Secured | 10,344.00 | 0.00 |
| 5. | Internal Revenue Service | Priority | 5,241.69 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 91.90 | 0.00 |
| 7. | American Honda Finance Corporation | Unsecured | 165.70 | 0.00 |
| 8. | Internal Revenue Service | Unsecured | 24.34 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 144.57 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 959.50 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 72.75 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 234.61 | 0.00 |
| 13. | Capital One | Unsecured | 242.60 | 0.00 |
| 14. | South Commons Phase I Condominium Assoc | Unsecured |  | No Claim Filed |
| 15. | CitiFinancial | Unsecured |  | No Claim Filed |
| 16. | Chicago Municipal Ct Dist | Unsecured |  | No Claim Filed |
| 17. | TCF Bank | Unsecured |  | No Claim Filed |
| 18. | South Commons Phase I Condominium Assoc | Unsecured |  | No Claim Filed |
| 19. | Orchard Bank | Unsecured |  | No Claim Filed |
| 20. | South Commons Phase I Condominium Assoc | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 36,768.66 | $ 0.00 |

## TRUSTEE FEE DETAIL

Fee Rate    Total Fees

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Smith, Gina

Printed:  11/20/07

Case Number:  07 B 12183
Judge:  Squires, John H
Filed:  7/9/07

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_
_____